UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                               CASE NO. 16-51368
v.                            HONORABLE GEORGE CARAM STEEH

EDWARD J. DAVIS, JR.,

    Defendants.
_____/

## ORDER CANCELLING BENCH WARRANT

On October 6, 2016, the court held a hearing on defendant Edward J. Davis, Jr.'s answer to the bench warrant issued on September 26, 2016. For the reasons stated on the record, the bench warrant is hereby CANCELED.

IT IS FURTHER ORDERED that defendant appear for a creditor's examination on November 29, 2016 at 10:00 a.m. at the Theodore Levin United States Courthouse, 231 W. Lafayette, Detroit, Michigan 48226, Room 238. Defendant is to bring with him the papers requested in a subpoena to be e-mailed to his attorney and to answer all questions truthfully.

IT IS SO ORDERED.

Dated: October 6, 2016

                                      s/George Caram Steeh
                                      GEORGE CARAM STEEH
                                      UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on October 6, 2016, by electronic and/or ordinary mail.

s/Barbara Radke
Deputy Clerk